UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv211

| | |
|---|---|
| CHARLIE LEE RICHARDSON,<br>    Plaintiff,<br><br>v.<br><br>CHARLES J. WILLIAMS,<br>Human Resource Director of Cabarrus County Schools,<br><br>    Defendant. | ORDER |

In December of 2005, this Court granted Defendant Harry E. Wilson's Motion for Summary judgment in case number 3:03cv491, *Richardson v. Wilson*. It appears to this Court that the instant case, 3:05cv211, *Richardson v. Williams*, involves similar issues of fact and law. The Court therefore invites the parties to provide any additional briefing as to what effect, if any, the Court's grant of summary judgment in *Richardson v. Wilson* may have on the instant case. The defendant will have until February 5, 2007, to submit the requested material. The plaintiff will have until February 19, 2007, to respond.

**IT IS SO ORDERED**.

1

Signed: January 22, 2007

Robert J. Conrad, Jr.
Chief United States District Judge