# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charlie Lee Richardson,

    Plaintiff(s),

JUDGMENT IN A CIVIL CASE

vs.

3:05cv211

Charles J. Williams,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/5/07 Order.

Signed: October 5, 2007

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court